FILED'10 AUG 04 13:07 USDC-ORP

David G. Hosenpud, OSB No. 83241
hosenpudd@lanepowell.com
Rudy A. Englund, WSBA No. 04123, *pro hoc vice*
englundr@lanepowell.com
Kirsten G. Daniels, WSBA No. 36903, *pro hoc vice*
danielsk@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants Wal-Mart Stores, Inc., aka Wal-Mart Stores East L.P., dba Wal-Mart D.C. #6037; Earlie Wilson, Jr., aka Earl Wilson; and Elwood Rennison, aka Woody Rennison

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KEVIN HAYES, | CV No. 3:09-CV-47-HA |
| Plaintiff, | |
| v. | Defendants Wal-Mart Stores, Inc.'s, Wal-Mart Stores East L.P.'s, Earlie Wilson, Jr.'s and Elwood Rennison's |
| WAL-MART STORES, INC. ET AL., aka WAL-MART STORES EAST L.P., dba WAL-MART D.C. #6037, REGISTERED AGENT: CT CORPORATION; EARLIE WILSON JR., aka EARL WILSON; ELWOOD RENNISON, aka WOODY RENNISON; CAMBRIDGE INTEGRATED SERVICES GROUP, INC. ET AL., REGISTERED AGENT: CORPORATION SERVICE CO.; TAMERA TAMEZ-THOMPSON, | STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANTS WILSON, JR. AND RENNISON |
| Defendants. | |

COME NOW the parties hereto by and through their undersigned counsel of record and hereby stipulate to the entry of an Order dismissing plaintiff's claims against individual

PAGE 1 - STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANTS WILSON, JR. AND RENNISON

defendants Earlie Wilson, Jr. and Elwood Rennison with prejudice and without attorneys' fees or costs to any party.

DATED: July 30, 2010

LAW OFFICES OF JUDY SNYDER

By _____
Paul Spencer, OSB No. 095173
Telephone: (503) 228-5027
Facsimile: (503) 241-2249
Email: paul@jdsnyder.com
Attorneys for Plaintiff

LANE POWELL PC

By _____
David G. Hosenpud, OSB No. 85241
Rudy A. Englund, WSBA No. 04123
Kirsten G. Daniels, WSBA No. 36903
Telephone: (206) 223-7000
Attorneys for Defendants Wal-Mart Stores, Inc., aka Wal-Mart Stores East L.P., dba Wal-Mart D.C. #6037; Earlie Wilson, Jr., aka Earl Wilson; and Elwood Rennison, aka Woody Rennison

IT IS SO ORDERED.

DATED THIS 4 day of August, 2010.

_____
ANCER L. HAGGERTY
U.S. DISTRICT COURT JUDGE

PAGE 2 -   STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANTS WILSON, JR. AND RENNISON